AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALBION BRAND FOUNDRY LTD *Plaintiff(s)* v. The Partnerships, Unincorporated Associations Identified on Schedule A *Defendant(s)* | Civil Action No. 1:25-cv-24145-JB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Partnerships, Unincorporated Associations Identified on Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-491-1300
ajpalmer@palmerlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 10/15/2025

Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS

## Schedule A Defendants

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | CUTICATE | https://www.walmart.com/global/seller/101175507 |
| 2 | OJYUDD Co. Ltd | https://www.walmart.com/global/seller/101130109 |
| 3 | ANGOLIO | https://www.walmart.com/global/seller/101116397 |
| 4 | Yinqiang E-commerce Co.Ltd | https://www.walmart.com/global/seller/101184740 |
| 5 | XZhoNGWei | https://www.walmart.com/global/seller/101620037 |
| 6 | MingsiCosmeticsCo.,Ltd | https://www.walmart.com/global/seller/101100103 |
| 7 | Learningtoys | https://www.walmart.com/global/seller/101109011 |
| 8 | Niutotem | https://www.walmart.com/global/seller/101139020 |
| 9 | Sugar Technology Co., Ltd | https://www.walmart.com/global/seller/101561776 |
| 10 | Shiyun LLC | https://www.walmart.com/global/seller/101592981 |
| 11 | Jhbxhhd | https://www.walmart.com/global/seller/101611825 |
| 12 | Bbyt | https://www.walmart.com/global/seller/101632409 |
| 13 | Xxvnlp | https://www.walmart.com/global/seller/101643862 |
| 14 | RainTech | https://www.walmart.com/global/seller/101658958 |
| 15 | Jiayi LLC | https://www.walmart.com/global/seller/101659724 |
| 16 | Chill LLC | https://www.walmart.com/global/seller/101663299 |
| 17 | Suquosor Store | https://www.walmart.com/global/seller/101680363 |
| 18 | Beautty | https://www.walmart.com/global/seller/102479038 |
| 19 | Petals Home | https://www.walmart.com/global/seller/102514908 |
| 20 | VinVinda | https://www.walmart.com/global/seller/102517040 |
| 21 | ZHU CHANG | https://www.walmart.com/global/seller/102572247 |
| 22 | Davidyy Home Toy Decor | https://www.walmart.com/global/seller/102617561 |
| 23 | SUSENSTONE | https://www.walmart.com/global/seller/102617852 |
| 24 | BausingeToysMall | https://www.walmart.com/global/seller/102633221 |
| 25 | Wakemhoe Home Mall | https://www.walmart.com/global/seller/102633230 |
| 26 | LUANXING | https://www.walmart.com/global/seller/102639521 |
| 27 | LENSGES CO.Let | https://www.walmart.com/global/seller/102651363 |
| 28 | Tesla123 | https://www.walmart.com/global/seller/102676183 |
| 29 | turong | https://www.walmart.com/global/seller/102717546 |
| 30 | Zou doD store | https://www.walmart.com/global/seller/102738629 |
| 31 | Fjogn cloth | https://www.walmart.com/global/seller/102738764 |
| 32 | yunshengzhi | https://www.walmart.com/global/seller/102745729 |
| 33 | LOK Color | https://www.walmart.com/global/seller/102745908 |
| 34 | feirunfu | https://www.walmart.com/global/seller/102906623 |
| 35 | Vireli | https://www.walmart.com/global/seller/102751088 |
| 36 | BIN WU HU | https://www.walmart.com/global/seller/102758328 |
| 37 | Chunhua Business Co., Ltd. | https://www.walmart.com/global/seller/102760423 |
| 38 | FurAbode | https://www.walmart.docket/global/seller/102762878 |

| 39 | Viva Hogar | https://www.walmart.com/global/seller/102763364 |
| 40 | CulinaBloom | https://www.walmart.com/global/seller/102766386 |
| 41 | SAIBIKE | https://www.walmart.com/global/seller/102773800 |
| 42 | BenChengLing | https://www.walmart.com/global/seller/102787541 |
| 43 | Ejos | https://www.walmart.com/global/seller/102792431 |
| 44 | ChangHaiyan | https://www.walmart.com/global/seller/102807225 |
| 45 | tuhan | https://www.walmart.com/global/seller/102812005 |
| 46 | lantai | https://www.walmart.com/global/seller/102858876 |
| 47 | zzhhhjjjs | https://www.walmart.com/global/seller/102827640 |
| 48 | wweiLLn | https://www.walmart.com/global/seller/102827739 |
| 49 | somethingspcl | https://www.walmart.com/global/seller/102828174 |
| 50 | deelge | https://www.walmart.com/global/seller/102833494 |