UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:25-cv-24145-JB

ALBION BRAND FOUNDRY LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

Defendants.

_____

DECLARATION OF REPRESENTATIVE OF LOK COLOR (DOE 33)

I, Yongqiang Zheng, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of 18, of sound mind, and the operator of the online seller account identified as LOK Color (Doe 33) in the above-captioned case.

2. I reside in Shaanxi Province, People's Republic of China. I am a citizen and resident of the People's Republic of China.

3. LOK Color has never maintained any office, warehouse, bank account, telephone listing, employee, or agent in the State of Florida or anywhere else in the United States.

4. LOK Color has never registered to do business in Florida or any other U.S. state.

LOK Color has never shipped any product directly to any customer located in the State of Florida.

5. All products sold under the LOK Color seller account on Walmart.com are stored in and shipped from Walmart fulfillment centers located outside the State of Florida. LOK Color has no control over where Walmart chooses to ship any order.

6. LOK Color has never specifically targeted advertising or marketing toward residents of the State of Florida.

7. LOK Color does not design, create, or control the content of the Walmart.com product listing pages. Those pages are generated and controlled by Walmart.

8. When LOK Color began selling on Walmart.com, Walmart's platform permitted the listing of the accused products without requiring any additional trademark authorization. LOK Color was unaware that any further permission from Plaintiff was required and did not willfully infringe any trademark.

9. I received the Complaint in this case by email. Because I speak only Mandarin Chinese and had extreme difficulty locating a U.S. attorney experienced in intellectual-property litigation who could communicate in Mandarin, LOK Color inadvertently missed the deadline to respond.

10. I make this declaration based on my own personal knowledge. If called as a witness, I could and would competently testify to the above facts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of December, 2025

_Yongqiang Zheng_ (signature)
[Full Legal Name]
Operator of LOK Color (Doe 33)