**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 1:25-cv-24145-JB

ALBION BRAND FOUNDRY LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

Defendants.

_____

DECLARATION OF REPRESENTATIVE OF SUSENSTONE (DOE 23)

I, Ruifeng Fang, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of 18, of sound mind, and the operator of the online seller account identified as SUSENSTONE (Doe 23) in the above-captioned case.

2. I reside in Guangdong Province, People's Republic of China. I am a citizen and resident of the People's Republic of China.

3. SUSENSTONE has never maintained any office, warehouse, bank account, telephone listing, employee, or agent in the State of Florida or anywhere else in the United States.

4. SUSENSTONE has never registered to do business in Florida or any other U.S. state. SUSENSTONE has never shipped any product directly to any customer located in the State of Florida.

5. All products sold under the SUSENSTONE seller account on Walmart.com are stored in and shipped from Walmart fulfillment centers located outside the State of Florida. SUSENSTONE has no control over where Walmart chooses to ship any order.

6. SUSENSTONE has never specifically targeted advertising or marketing toward residents of the State of Florida.

7. SUSENSTONE does not design, create, or control the content of the Walmart.com product listing pages. Those pages are generated and controlled by Walmart.

8. When SUSENSTONE began selling on Walmart.com, Walmart's platform permitted the listing of the accused products without requiring any additional trademark authorization. SUSENSTONE was unaware that any further permission from Plaintiff was required and did not willfully infringe any trademark.

9. I received the Complaint in this case by email. Because I speak only Mandarin Chinese and had extreme difficulty locating a U.S. attorney experienced in intellectual-property litigation who could communicate in Mandarin, SUSENSTONE inadvertently missed the deadline to respond.

I make this declaration based on my own personal knowledge. If called as a witness, I could and would competently testify to the above facts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of December, 2025

*Ruifeng Fang*
[Full Legal Name]
Operator of SUSENSTONE (Doe 23)