UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-24145-JB

ALBION BRAND FOUNDRY LTD,

    Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                         Defendants.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, by and through their undersigned counsel, hereby gives notice to the Court that Plaintiff and the following Defendants have resolved all claims between them in this action.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 21 | ZHU CHANG | https://www.walmart.com/global/seller/102572247 |
| 36 | BIN WU HU | https://www.walmart.com/global/seller/102758328 |
| 46 | lantai | https://www.walmart.com/global/seller/102858876 |

Upon the full execution of the settlement agreements, dismissals will be promptly filed. The parties anticipate completing settlement documents, transferring settlement funds, and filing the dismissal or consent judgments with the Court within the next fourteen (14) days.

Dated: December 8, 2025                                       Respectfully submitted,

                                                                           By: */s/ Andrew J. Palmer*
                                                                           Andrew J. Palmer (FL Bar No. 16194)
                                                                           Palmer Law Group P.C.
                                                                           401 East Las Olas Blvd, Suite 1400
                                                                           Fort Lauderdale, FL 33301
                                                                           Tel: (954) 771-7050
                                                                           Email: ajpalmer@palmerlawgroup.com
                                                                           **Counsel for Plaintiff**