UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-24145-JB

ALBION BRAND FOUNDRY LTD,

      *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      *Defendants*.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ALBION BRAND FOUNDRY LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following three Defendants with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 23 | SUSENSTONE | https://www.walmart.com/global/seller/102617852 |
| 27 | LENSGES CO.Let | https://www.walmart.com/global/seller/102651363 |
| 33 | LOK Color | https://www.walmart.com/global/seller/102745908 |

December 19, 2025.        Respectfully submitted,

      /s/ Andrew Palmer
      Andrew J. Palmer
      Palmer Law Group, P.A.
      401 E Las Olas Blvd, Suite 1400
      Fort Lauderdale, FL 33301
      Phone: 954-771-7050
      ajpalmer@palmerlawgroup.com
      ***Attorney for Plaintiff***